■ In the Matter of ROY SIMPSON, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — The above-entitled action is unanimously converted, *de novo,* to a CPLR article 78 proceeding and, upon such conversion, the determination of the respondents is unanimously confirmed, without costs and without disbursements. The court has disposed of all issues in this proceeding as if the matter had been properly

transferred in the first instance. (CPLR 7804, subd [g]; *Matter of Rivera v Beekman,* 86 AD2d 1.) No opinion. Concur — Sullivan, J. P., Carro, Asch, Fein and Milonas, JJ.